### THE NO. C-4 (two cases).

(Circuit Court of Appeals, Second Circuit. May 5, 1924.)

Nos. 344, 345.

Appeals from the District Court of the United States for the Southern District of New York.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, of New York City, of counsel), for Cornell Steamboat Co.

Bigham, Englar & Jones, of New York City (L. J. Matteson, of New York City, of counsel), for claimant-appellee.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for New York, Ontario & Western Railroad Co.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decrees (300 Fed. 757) affirmed.